#133                                                                                                                                    #0584-11094

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| JONAH ROUSELL | CIVIL ACTION NO: 2:12-cv-01667 |
|---|---|
| VERSUS | SECTION "I" |
| | JUDGE LANCE M. AFRICK |
| REC MARINE LOGISTICS, LLC | |
| | DIVISION "4" |
| | MAG. JUDGE KAREN WELLS ROBY |

## WITNESS AND EXHIBIT LIST

**NOW INTO COURT,** through undersigned counsel, comes defendant, REC Marine Logistics, LLC, and submits its Witness and Exhibit List in accord with this Court's Scheduling Order.

## WITNESS LIST

1. Jonah Roussell

2. Joseph Dupre

3. Terry Triche, Jr.

4. Toby Boudreaux

5. Darwin Duet

6. Aaron Roger

7. Jude Cantrelle and/or another representative of REC Marine.

8. Wayne Bourg

9. A representative(s) of Blanchard Contractors, Inc.

10. Any individual who worked with plaintiff while plaintiff was employed by Blanchard Contractors, Inc.

11. Dr. A. D. Walker and/or a representative of Bayou Orthopedic Clinic.

12. Dr. Bradley Bartholomew

13. Dr. Wendy Gervais and/or a representative of Imaging Center of South Louisiana.

14. Dr. Schults

15. John Paul Donohue and/or a representative of Donohue and Trahan Physical Therapy and Rehabilitation Center.

16. Gino Santiny

17. Chantelle Charpentier and/or a representative of Laboratory Collections Compliance Services.

18. A representative of Occupational Medicine Services.

19. A representative of Haydel's Drug Store.

20. Dr. Clel Acosta and/or a representative of Physician's Medical Center.

21. Any and all other medical providers who have examined plaintiff prior to or after the alleged accident sued upon.

22. Dr. Christopher Cenac, Jr.

23. Nancy Favaloro

24. Dr. Kenneth Boudreaux

25. A liability expert to be designated.

26. Any witness listed or identified by any other party.

27. Any expert(s) identified by any other party.

28. Any witness needed to authenticate any document or evidence introduced at trial.

29. Any witness needed for rebuttal or impeachment.

REC Marine Logistics, LLC reserves the right to supplement this Witness List as discovery proceeds.

## EXHIBIT LIST

1. Any and all medical or treatment records of Jonah Rousell, including, but not limited to, those from:

    A. Dr. A. D. Walker and/or Bayou Orthopedic Clinic

    B. Dr. Bradley Bartholomew

    C. Dr. Wendy Gervais and/or a representative of Imaging Center of South Louisiana

    D. Dr. Shults

    E. Occupational Medicine Services

    F. John Paul Donohue and/or Donohue and Trahan Physical Therapy and Rehabilitation Center

    G. Dr. Clel Acosta and/or Physician's Medical Center

2. Any and all pharmacy records of Jonah Rousell, including, but not limited to, those from:

    A. Haydel's Drug Store

3. Typed and hand-written accident reports

4. Surveillance footage of Jonah Rousell

5. Records of plaintiff's pre-employment physical and Functional Capacity Evaluation with Blanchard Contractors, Inc.

6. Plaintiff's personnel file and payroll records from REC Marine

7. Plaintiff's personnel file from Blanchard Contractors, Inc.

8. Daily Master's Logs for the M/V CHRIS D

9. Separation Notice submitted by REC Marine to Louisiana Workforce Commission regarding Jonah Rousell.

10. Any and all photographs taken or produced by any party to this litigation.

11. Coast Guard report relative to incident at Blanchard Contractors, Inc.

12. Plaquemines Parish Police Report relative to incident at Blanchard Contractors, Inc.

13. Phone records of Jude Cantrelle produced in response to Supplemental Requests for Production.

14. Plaintiff's employment records from Energy Cranes

15. IME report of Dr. Christopher Cenac, Jr.

16. Reports of any expert consulted by party, including, but not limited to, the expert reports of Dr. Kenneth Boudreau and Nancy Favaloro.

17. Plaintiff's wage/earnings records

18. Plaintiff's income tax returns

19. Plaintiff's Social Security records

20. All Answers to Interrogatories and Responses to Request for Production of Documents produced by any party, along with attachments and/or exhibits.

21. Any depositions, including any and all exhibits to depositions taken in connection with this matter.

22. Any and all exhibits necessary for rebuttal, impeachment or authentication purposes.

23. Any and all exhibits listed or sought to be introduced by any other party to this litigation.

24. Any exhibit which is identified through further discovery

REC Marine Logistics, LLC reserves the right to supplement this Exhibit List as discovery proceeds.

Respectfully submitted,

/s/ Salvador J. Pusateri
Salvador J. Pusateri, T.A. (#21036)
Kyle A. Khoury (#33216)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
701 Poydras St., Ste. 4700
New Orleans, LA 70139
Telephone:   (504) 528-3001
Facsimile:    (504) 528-3030
Attorneys for REC Marine Logistics, LLC

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading has been served upon all counsel of record, either by hand delivery, facsimile transmission, or by placing same in the United States mail, properly addressed and postage prepaid on this 22nd day of April, 2012.

/s/ Salvador J. Pusateri