# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JONAH ROUSSELL** | **CIVIL ACTION NO: 2:12-cv-01667** |
| **VERSUS** | **SECTION "I"** |
| | **JUDGE LANCE M. AFRICK** |
| **REC MARINE LOGISTICS, LLC** | |
| | **DIVISION "4"** |
| | **MAG. JUDGE KAREN WELLS ROBY** |

## SUPPLEMENTAL WITNESS LIST

**NOW INTO COURT,** through undersigned counsel, comes defendant, REC Marine Logistics, LLC, who amends its previously filed Witness List to include the following:

1. Ms. Emily Dantin
   Physiofit
   18641 Highway 3235
   Galliano, LA 70354

Respectfully submitted,

*/s/ Salvador J. Pusateri*
Salvador J. Pusateri, T.A. (#21036)
Kyle A. Khoury (#33216)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
701 Poydras St., Ste. 4700
New Orleans, LA 70139
Telephone:  (504) 528-3001
Facsimile:   (504) 528-3030
Attorneys for REC Marine Logistics, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading has been served upon all counsel of record, either by hand delivery, facsimile transmission, or by placing same in the United States mail, properly addressed and postage prepaid on this 3rd day of May, 2013.

                                /s/ Salvador J. Pusateri